Rev. 7/06
CO Hab Corp
AO 241 amd.

**FILED**

Page 1

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Willie Hamilton_
NAME (Under which you were convicted)

_225-581 | 06088-007_
PRISON NUMBER

_DC Jail_
PLACE OF CONFINEMENT/ADDRESS
_1901 D St SE
Washington DC
20003_

Case: 1:07-cv-00689
Assigned To : Robertson, James
Assign. Date : 04/17/2007
Description: Hamilton v. US Parole Commission

_Willie Hamilton_                        )
(Full Name)              Petitioner      )
                                         )
                                         )
        v.                               )      Civil Action No.: _____
                                         )      (To be filled in by Clerk)
_US Federal Parole Commissioner_         )
(Name of Warden, Superintendent, Jailor, or   )
authorized person having custody of petitioner) )
                Respondent               )

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

4.    If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.    Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.    When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.    <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.    (a)    Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    DC SUPERIOR COURT, WASHINGTON DC

2.    (a)    Date of the sentence (or detention): 1992

3.    Length of sentence: 4 to 12 YRS. (MANDATORY MINIUM)

4.    Nature of offense involved (all counts): Distribution of Cocain

5.    (a)    What was your plea? (Check one):
    ☐    Not guilty
    ☒    Guilty
    ☐    Nolo Contendere (no contest)
    ☐    Insanity

(b)  If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____ N/A _____

6.  Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☐  Yes
☒  No

7.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1)  Name of Court: _____
     (2)  Nature of the proceedings: _____ N/A _____
     (3)  Grounds raised: _____
     (4)  Did you receive an evidentiary hearing on your petition, application or motion?
          ☐  Yes
          ☐  No
     (5)  Result: _____ N/A _____
     (6)  Date of result: _____

(b)  As to any second petition, application, or motion, give the same information:
     (1)  Name of Court: _____
     (2)  Nature of the proceedings: _____ N/A _____
     (3)  Grounds raised: _____ N/A _____
     (4)  Did you receive an evidentiary hearing on your petition, application or motion?
          ☐  Yes
          ☐  No
     (5)  Result: _____

(6)    Date of result: _____ N / A _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _____
    (2)    Nature of the proceedings: _____

_____

_____

    (3)    Grounds raised: _____ N / A _____

_____

_____

_____

_____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
          ❏    Yes
          ❏    No
    (5)    Result: _____ N / A _____
    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc."
          ❏    Yes
          ❏    No
    (2)    Second petition, etc.:
          ❏    Yes
          ❏    No

    (3)    Third petition, etc.:
          ❏    Yes
          ❏    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

_____ N / A _____

_____

_____

_____

8.    State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A.    GROUND ONE:
   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: US PAROLE COMMISSIONER IN THE PAST AND CURRENTLY HAVE MADE IC POLICY TO CONFISCATE MY STREET TIME. TIME SPENT ON PAROLE. MAKING MY TIME SPENT ON PAROLE LONGER. RELIEF IM SEEKING IS CREDIT FOR TIME SPEND ON PAROLE.

B.    GROUND TWO:
   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I RECIEVED A 12 YR SENTENCE IN 1992, WITH GOOD TIME MY FULL TERM DATE OF INCONCERATION WAS 2001. THE FEDERAL PAROLE COMMISSIONER HAS IN-HANCED MY SENTENCE BY CONTINUOSLY TAKING TIME SPEND OUT ON PAROLE.

C.    GROUND THREE:
   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: I WAS PAROLE 2004 AND VOILATED NOVEMBER 2006 29 MONTHS OF PAROLE STREET IS CURRENTLY BEING TAKEN WHICH WILL PUSH MY TERMINATION OF PAROLE DATE TO 2009 RELIEF IM SEEKING IS CREDIT FOR TIME SPENT ON PAROLE.

D.    GROUND FOUR:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____ N | A _____

_____

_____

_____

_____

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

    ☐    Yes

    ☒    No

    (a)    If so, give the name and location of the court and case number, if known: _____

_____ N | A _____

_____

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

    ☐    Yes

    ☒    No

    (a)    If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

(b)    And give date and length of sentence to be served in future: _____N/A_____

_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐    Yes

☒    No

 

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Willie Hamilton_

Petitioner's Signature

**3-19-07**

Date



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### IMPORTANT INFORMATION.....PLEASE READ CAREFULLY

### WARNING TO PRO SE LITIGANTS

**All documents That You File with The Court Will Be Available to the Public on the Internet Through PACER (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.**

**YOU ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. YOU MUST REMOVE CERTAIN PERSONAL IDENTIFYING INFORMATION FROM ALL DOCUMENTS BEFORE YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

**Under the Privacy Policy of the Judicial Conference of the United States, a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court.** This rule applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or "xxxx" (redact) the personal identifying information prior to submitting the document to the Office of the Clerk for filing.

1.  Types of personal information that **MUST** be removed or redacted from documents before filing:
    (a)  **Social Security Numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
    (b)  **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
    (c)  **Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
    (d)  **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
    (e)  **Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (e.g., verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2.  Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction.

    Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. Section 114(s).

G
07-0689
JR

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

### I. (a) PLAINTIFFS

WILLIE HAMILTON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE    (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 225-581

### DEFENDANTS

USPC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-00689
Assigned To : Robertson, James
Assign. Date : 04/17/2007
Description: Hamilton v. US Parole Commission

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

### III CITIZEN...
FOR PLAINTIFF... AND ONE BOX FOR DEFENDANT)... FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)    OR    ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

- 0 -

| ☑ G. Habeas Corpus/ 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☑ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241 - Habeas Corpus -

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND:  ☐ YES  ☑ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES  ☑ NO    If yes, please complete related case form.

DATE _____    SIGNATURE OF ATTORNEY OF RECORD    NED

---

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

ms\js-44.wpd