UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Willie Hamilton,                )
                                )
        Petitioner,              )
                                )
v.                              )   Civil Action No. 07-0689
                                )
U.S. Federal Parole Commission, )
                                )
        Respondent.              )

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 26th day of April, 2007,

ORDERED that respondent, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the petitioner's warden, the respondent, the United States Attorney for the District of Columbia and the United States Attorney General.

_____
United States District Judge