4-20-07

U.S. DISTRICT COURT
333 CONSTITUTION AVE, N.W
WASHINGTON, DC. 20001


WILLIE HAMILTON DCDC# 225-581
D.C. JAIL
1901 D STREET, SE
WASHINGTON, DC. 20003


REFERENCE CASE # 1:07-CV-689

HONORABLE JUDGE JAMES ROBERTSON

HAVING RECIEVED FIAT ORDER GRANTING (2) MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN THE ABOVE REFERENCE CASE, PLEASE PROVIDE AN ATTORNEY TO REPRESENT ME AT THE HEARING.

Sincerely Yours

Willie Hamilton
Willie Hamilton

4/26/07
Leave to file granted.
James Robertson
USDJ