UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE HAMILTON, | : |
| Petitioner, | : |
| v. | : Civil Action No. 07-0689 (JR) |
| U.S. FEDERAL PAROLE COMMISSIONER, | : |
| Respondent. | : |

ORDER

Petitioner moves for the appointment of counsel to represent him "at the hearing" in this *habeas corpus* action. It is too early in the proceedings to determine if a hearing will be scheduled. Having considered the factors for appointing counsel (Local Civil Rule 83.11(b)(3)), the Court finds no basis for an appointment at this time. Accordingly, it is

**ORDERED** that petitioner's motion for the appointment of counsel [Dkt. # 4] is **DENIED** without prejudice.

JAMES ROBERTSON
United States District Judge