UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE HAMILTON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0689 (JR) |
| | ) | |
| UNITED STATES FEDERAL PAROLE COMMISSION | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

### RESPONSE BY THE DISTRICT OF COLUMBIA

The District of Columbia files this response to the Court's Order to Show Cause issued April 26, 2007, and served by the U.S. Marshals Service on May 15, 2007. The petitioner, Willie Hamilton, filed a *pro se* writ of habeas corpus attacking the lawfulness of the actions of the respondent, the United States Parole Commission (hereinafter the "USPC"). As directed by the Court, the warden of the D.C. Jail, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

### FACTS

According to the petition, the petitioner was sentenced by the Superior Court of the District of Columbia in 1992 for 4 to 12 years. (Pet. at 2). The petitioner claims that with good time credits his term ended in 2001. (Pet. at 5). However, after a parole violation the petitioner claims that the USPC increased his sentence until 2009 by discounting the time he was on parole. (Pet. at 5). The petitioner seeks credit toward his sentence for the time he was on parole. (Pet. at 5).

The petitioner is currently being held at the D.C. Jail, however he has not made any allegation against the warden of the D.C. Jail or the District of Columbia, nor has he sought any

relief from the warden or the District of Columbia. Rather, the petitioner's allegations and the relief he seeks involve the USPC and parole matters.

## DISCUSSION

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.) (hereinafter the "Act"), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons ("FOP"), and transferred the parole authority for such felons from the D.C. Board of Parole to the USPC. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002). In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions. Thus, the District of Columbia has no authority to respond to the merits of a petition that alleges parole matters, but the District of Columbia will abide by any lawful order of this Court with regard to the petitioner. The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein. Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Willie Hamilton
No. 225-581
D.C. Jail
1901 D Street, S.E.
Washington, DC  20003
*Petitioner*

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIE HAMILTON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0689 (JR) |
| ) | |
| UNITED STATES FEDERAL ) | |
| PAROLE COMMISSION ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**ORDER**

Upon consideration of the District of Columbia's response to petitioner's petition for writ of habeas corpus and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the warden of the D.C. Jail and the District of Columbia; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the warden of the D.C. Jail and District of Columbia.

SO ORDERED, this _____ day of _____, 2007.

_____
James Robertson
United States District Judge