UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE HAMILTON, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 07-0689 (JR) |
| : | |
| U.S. FEDERAL PAROLE : | |
| COMMISSIONER, : | |
| : | |
| Respondent. : | |

## ORDER

By Order of June 1, 2007, petitioner was advised to reply to the government's opposition to his *habeas corpus* petition by July 6, 2007, or risk dismissal of the case. Petitioner has not complied. Accordingly, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 3] is **DISCHARGED**; and it is

**FURTHER ORDERED** that the *habeas corpus* petition [Dkt. No. 1] is **DENIED**, and this case is **DISMISSED**. This is a final appealable Order.

JAMES ROBERTSON
United States District Judge